IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SUMIT CHAUDHARI,

    Defendant.

8:25CR70

**ORDER**

This matter is before the Court on defendant, Sumit Chaudhari's Unopposed Motion to Extend Deadline to File Pretrial Motions (Filing No. 88). The motion is unopposed by the government and the other five defendants. Defendant Chaudhari asserts that additional Rule 16 discovery is to be provided by the government. Yet the Court's prior order required a showing of exceptional circumstances and a request for a hearing in support of a further extension. No hearing was requested, and the exceptional circumstances standard is barely met, if at all. Nonetheless, the Court will grant one final extension—no further extensions will be granted. Should the parties not be prepared for trial or to resolve the case short of trial by the next deadline, a status conference shall be requested. Accordingly,

IT IS ORDERED:

1) Defendant's Motion to Extend Deadline to File Pretrial Motions (Filing No. 88) is granted.

2) Pretrial motions shall be filed by October 2, 2025.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between September 2, 2025, and October 2, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 3rd day of September, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge